IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAMONT DEMBY | * | |
| Plaintiff(s) | | |
| | * | |
| vs. | | Civil Action No.: CCB-03-385 |
| | * | |
| KENT COUNTY, MARYLAND, ET AL. | | |
| Defendant(s) | * | |

\*\*\*\*\*\*

**ORDER**

Plaintiff having failed to serve the summons and complaint upon the above named defendants within 120 days after the filing of the complaint, it is, this 23rd day of June 2003,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

/s/
Catherine C. Blake
United States District Judge