IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAMONT DEMBY                              *

    Plaintiff                            *

VS.                                       *        CIVIL ACTION NO.: CCB-03-385

KENT COUNTY, MARYLAND,                    *
ET AL.
                                          *

    Defendants
*     *     *     *     *     *     *     *     *     *     *     *     *

## PLAINTIFF'S ANSWER TO ORDER TO SHOW CAUSE

Now comes that Plaintiff, Lamont Demby, by and through his attorney, James L. Rhodes, Esquire, and asks that good cause be found permitting the Plaintiff additional time to serve the Defendants herein.  As grounds for said request, Plaintiff states the following:

1.    That undersigned counsel accepted this matter from an attorney who represented the Plaintiff in an underlying matter closely related to the case herein.

2.    That undersigned counsel had been in touch with associate counsel regarding the Plaintiff's position on continuing with this matter.

3.    That undersigned counsel had also made arrangements to meet with the Plaintiff herein, who is a resident of the Eastern Shore in Maryland.

4.    That undersigned counsel was unable to meet with the Plaintiff and in the midst of
attempting to meet with associate counsel as well as the Plaintiff, undersigned counsel mistaken neglected to serve the Defendants in this matter.

5.    That undersigned counsel apologizes to the court for his neglect.

6.    That undersigned counsel has been able to speak with associate counsel who has confirmed his continued cooperation from the Plaintiff and the Plaintiff's desire to proceed with

this matter.

       7.      That undersigned counsel is requesting that this Honorable Court pass an Order for Good Cause permitting the Clerk to re-issue summonses for the Defendants and allowing an additional thirty days for the Plaintiff to serve the Defendants.

       8.      That undersigned counsel believes that the requested relief would be in the interest of judicial economy since the statute of limitations has not expired and the pending Court Order would dismiss this action without prejudice.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant the following relief:

      A.      Find good cause permitting this matter to proceed without dismissal

      B.      Issue an Order for the clerk to re-issue summonses for the Defendants

      C.      Permit an additional thirty days for the Plaintiff to serve the Defendants.

      D.      Grant such other and further relief as his cause deems appropriate.

 

_____
James L. Rhodes, Esquire
10 N. Calvert Street
Suite 204
Baltimore, MD 21202
(410) 783-7344

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAMONT DEMBY                                    *

    Plaintiff                              *

VS.                                            *        CIVIL ACTION NO.: CCB-03-385

KENT COUNTY, MARYLAND,                         *
ET AL.
                                               *

    Defendants
*    *    *    *    *    *    *    *    *    *    *    *    *

**ORDER**

    Upon the forgoing Answer to Order to Show Cause, filed by the Plaintiff, It is this

_____ day of _____ , 2003, by the United State's District Court for the

District of Maryland HEREBY **ORDERED** THAT Good Cause be and is HEREBY found

permitting the action to proceed without dismissal

and it is further **ORDERED** that the Clerk shall re-issue summonses for the Defendants in the

above captioned matter;

and it is further **ORDERED** that the Plaintiff shall have thirty (30) days from the date of re-

issuance of the summons to serve the Defendants.


                                       _____
                                       JUDGE