FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JUL -9 A 11: 41

CLERK'S OFFICE
AT BALTIMORE

Y. _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAMONT DEMBY

  Plaintiff

VS

KENT COUNTY, MARYLAND,
ET AL.

  Defendants

CIVIL ACTION NO.: CCB-03-385

\* \* \* \* \* \*

## ORDER

Upon the forgoing Answer to Order to Show Cause, filed by the Plaintiff, It is this _9th_ day of _July_, 2003, by the United State's District Court for the District of Maryland HEREBY ORDERED THAT Good Cause be and is HEREBY found permitting the action to proceed without dismissal

and it is further **ORDERED** that the Clerk shall re-issue summonses for the Defendants in the above captioned matter;

and it is further **ORDERED** that the Plaintiff shall have thirty (30) days from the date of re-issuance of the summons to serve the Defendants.

               _/s/_ CCB
               JUDGE