IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAMONT DEMBY<br>6330 Broadneck Road<br>Chestertown, MD 21620 | *<br><br>* |
| Plaintiff | * |
| vs. | * |
| **CHESTERTOWN, MARYLAND**, et al.<br>**Serve on:**    **Suzanne Hayman**<br>              **123 Court Street**<br>              **Chestertown, MD 21620** | *<br><br>*<br><br>* |
| Defendants | * |

## MOTION FOR LEAVE TO AMEND

Now comes Plaintiff, by and through undersigned counsel, and moves this Honorable Court to allow his amended complaint and states the following:

1. That the original complaint in this matter named Kent County, Maryland as a Defendant

2. That, in error, the municipality of Chestertown, where the incident took place, and the entity that employed the officers involved in this matter, was excluded as a Defendant.

3. That Plaintiff recently filed to request additional time to serve the original Defendants and said request was granted.

4. That undersigned counsel, at the time of filing this motion was informed that the officers in this matter were recently served and the affidavit of service is forthcoming.

5. That a call from the legal department for the city of chestertown contacted undersigned counsel after they were served in error with the summons for Kent County to notify undersigned counsel of the incorrect service of process.

6. That it was at that time that undersigned counsel realized that the municipality of Chestertown should have been included as a Defendant herein.

7. That service in this matter is extremely recent and no additional proceedings have been undertaken in this matter so that no Defendant will be prejudiced by the request herein.

8. That Plaintiff has attached a copy of the amended complaint hereto as required by the rules.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant his Motion for Leave to Amend.

Respectfully submitted,

/S/
James L. Rhodes
10 N. Calvert Street
Suite 204
Baltimore, MD 21202
(410) 783-7344

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion was sent to the following, by mail, postage pre-paid, on this 17th day of July, 2003:

KENT COUNTY, MARYLAND
c/o Ernest E. Cookerly, Esq.
   123 Court Street
   Chestertown, MD 21620

OFFICER JASON YIANNAKIS
333 South Cross Street
Chestertown, MD 21620

SERGEANT C.F. WODE
333 South Cross Street
Chestertown, MD 21620

CHESTERTOWN POLICE DEPARTMENT
c/o  Suzanne Hayman
     123 Court Street
     Chestertown, MD 21620

                                                                                                 /S/
                                                           James L. Rhodes