IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAMONT DEMBY | * |
| 6330 Broadneck Road | |
| Chestertown, MD 21620 | * |
|     Plaintiff | * |
| vs. | * CIVIL ACTION: CCB-03-385 |
| **CHESTERTOWN, MARYLAND**, et al. | * |
| **Serve on:**    Suzanne Hayman | |
|               123 Court Street | * |
|               Chestertown, MD 21620 | |
| | * |
|     Defendants | * |

**NOTICE OF SERVICE**

Now comes Plaintiff, by and through his attorney, James L. Rhodes and gives notice that Defendants Yiannikis and Kent County, Maryland were served on the 14th day of July, 2003, by private process server and that the Return of Service for each Defendant have been attached hereto.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Service was sent to the following, by mail, postage pre-paid, on this 31st day of July, 2003:

KENT COUNTY, MARYLAND
c/o Ernest E. Cookerly, Esq.
   123 Court Street
   Chestertown, MD 21620

OFFICER JASON YIANNAKIS
333 South Cross Street
Chestertown, MD 21620

SERGEANT C.F. WODE
333 South Cross Street

Chestertown, MD 21620

CHESTERTOWN POLICE DEPARTMENT
c/o  Suzanne Hayman
     123 Court Street
     Chestertown, MD 21620

                                                                                     /S/
                                                                     James L. Rhodes