RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 14, 2003 |
| NAME OF SERVER (PRINT) Tracy Creek | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 400 High Street, Chesterstown, MD. 21620

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Co. Administrator, Edward Robertson C/O Susan Hayman

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 140 miles | Summons & complaint | $70.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/14/03
Date

Tracy Creek
Signature of Server

8080 Green Bud Lane, #T3, Glen Burnie, MD. 21061
Address of Server