RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 14, 2003 |
| NAME OF SERVER (PRINT) Tracy Creek | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the third-party defendant. Place where served: 333 South Cross Street, Chesterstown, MD 21620

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Officer Jason Viannakis

[ ] Returned unexecuted: ____

[ ] Other (specify): ____

STATEMENT OF SERVICE FEES

| TRAVEL 40 miles | SERVICES Summons & complaint | TOTAL $70.00 |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/14/03
Date

Signature of Server: Tracy Creek

Address of Server: 8080 Green Bud Lane, Apt T3, Glen Burnie, MD 21061

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.