IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAMONT DEMBY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 03-00385 CCB |
| KENT COUNTY, MARYLAND, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \*

**DEFENDANTS' MOTION TO DISMISS,
OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

Kent County, Maryland, Chestertown, Maryland, the Chestertown Police Department, and, in their personal and official capacities, Sergeant C.F. Wode and Officer Jason Yiannakis, Defendants, by their undersigned counsel, pursuant to Federal Rules of Civil Procedure 12(b) and 56, move to dismiss the Amended Complaint, with prejudice, or, alternatively, for summary judgment, on grounds that the pleading fails to state a claim upon which relief can be granted; that there is no genuine dispute as to any material fact; and that Defendants are entitled to judgment as a matter of law.

The grounds and authorities in support of Defendants' Motion are set forth fully in the accompanying Memorandum, submitted pursuant to Local Rule 105.1.

Wherefore, Defendants respectfully request that their Motion to Dismiss, or, Alternatively, for Summary Judgment be granted; that the Amended Complaint be dismissed, with prejudice; or, alternatively that summary judgment be entered in favor of Defendants and against Plaintiff; that the judgment entered in favor of Defendants be inclusive of costs,

including a reasonable attorneys' fee; and for such other and further relief as this Court deems necessary and appropriate.

_____/s/_____
John F. Breads, Jr.
(01343)

_____/s/_____
Christine T. Altemus
(10218)
7172 Columbia Gateway Drive
Suite E
    Columbia, Maryland 21046
(410) 312-0880

Attorneys for Defendants Kent County, Maryland, Chestertown, Maryland, the Chestertown Police Department, and in their personal and official capacities, Sergeant C.F. Wode and Officer Jason Yiannakis

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August, 2003, copies of the aforegoing Defendants' Motion to Dismiss, or, Alternatively, Motion for Summary Judgment, were served via electronic filing system, as possible, and were mailed, via first-class mail, postage prepaid, to James L. Rhodes, Esquire, 10 North Calvert Street, Suite 204, Baltimore, Maryland 21202.

_____/s/_____
John F. Breads, Jr.