**Table of Contents**

I.      Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.     Motions to Dismiss and for Summary Judgment  . . . . . . . . . . . . . . . . . . . . . . 3

III.    Material Facts Not Genuinely in Dispute . . . . . . . . . . . . . . . . . . . . . . . . . 4

IV.     Argument
        A.      42 U.S.C. § 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

                1.      Personal Capacity Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

                        (a)     Fourth Amendment Unlawful Seizure Claims . . . . . . 8

                        (1)     The Existence of Probable Cause . . . . . . . . . . . . . . . 8

                        (2)     Objective Reasonableness of the Force Used. . . . . . . 9

                        (3)     Qualified Immunity . . . . . . . . . . . . . . . . . . . . . . . . . . 11

                2.      Derivative Liability Claims Under § 1983 . . . . . . . . . . . . . . 13

        B.      Supplemental Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

                1.      Plaintiff's Failure to Allege Compliance with the Mandatory
                        Notice Provision of the Local Government Tort Claims Act . 15

                2.      Governmental Immunity . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

                3.      Public Official Immunity . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

                4.      False Imprisonment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

                5.      Malicious Prosecution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

                6.      Intentional Infliction of Emotional Distress . . . . . . . . . . . 22

                7.      Defamation Per Se . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

                8.      Assault and Battery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

                9.      Negligent Supervision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

          10.      State Constitutional Claims . . . . . . . . . . . . . . . . . . . . . . . . . 26

    C.     Lack of Legal Identity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

    D.     Punitive Damages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

V.    Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Certificate of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

Appendix of Exhibits