IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAMONT DEMBY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 03-00385 CCB |
| KENT COUNTY, MARYLAND, et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*

**<u>ORDER</u>**

Upon consideration of the aforegoing Motion to Dismiss, or, Alternatively, for Summary Judgment, filed by Defendants, Kent County, Maryland, Chestertown, Maryland, the Chestertown Police Department, and, in their personal and official capacities, Sergeant C. F. Wode and Officer Jason Yiannakis, and for the reasons set forth in Defendants' Memorandum in support thereof, it is, this _____ day of _____, 2003, by the United States District Court for the District of Maryland, ORDERED:

    1.    That Defendants' Motion to Dismiss the Amended Complaint is Granted;

    2.    That the Amended Complaint is hereby Dismissed, with prejudice.

 

_____
Catherine C. Blake
United States District Judge