IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LAMONT DEMBY,** | * | |
| **Plaintiff,** | * | |
| v. | * | **Case No. 03-00385 CCB** |
| **KENT COUNTY, MARYLAND, et al.,** | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit 5, which is an attachment to Defendants' Motion to Dismiss, or, Alternatively, for Summary Judgment, exists only in videotape format and cannot be scanned. It will be filed with the Clerk's Office in videotape format.

I certify that within twenty-four hours of the filing of this Notice, I will file and serve copies of the exhibit identified above.

_____/s/_____
John F. Breads, Jr.
(01343)

_____/s/_____
Christine T. Altemus
(10218)
7172 Columbia Gateway Drive
Suite E
Columbia, Maryland 21046
(410) 312-0880

        Attorneys for Defendants Kent County, Maryland, Chestertown, Maryland, the Chestertown Police Department, and in their personal and official capacities, Sergeant C.F. Wode and Officer Jason Yiannakis

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August, 2003, a copy of the aforegoing Notice of Filing of Lengthy Exhibit was served via electronic filing system as possible, and was mailed, via first-class mail, postage prepaid, to James L. Rhodes, Esquire, 10 North Calvert Street, Suite 204, Baltimore, Maryland 21202.

        _____/s/_____
        John F. Breads, Jr.