**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | |
|---|---|
| **LAMONT DEMBY,** | * |
|     **Plaintiff,** | * |
| v. | *   Case No. 03-00385 CCB |
| **KENT COUNTY, MARYLAND, et al.,** | * |
|     **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*

**APPENDIX OF EXHIBITS**

| | |
|---|---|
| Exhibit 1 | Narrative prepared by Sgt. C.F. Wode, August 31, 2001 |
| Exhibit 2 | Narrative prepared by Sgt. C.F. Wode, October 26, 2000 |
| Exhibit 3 | Narrative prepared by Sgt. C.F. Wode, November 28, 2000 |
| Exhibit 4 | Ticket Data Entry Screen Driver and Vehicle Registration Data, reference issued August 30, 2001 |
| Exhibit 5 | Videotape |
| Exhibit 6 | Chestertown Police Department Vehicle Storage Form, August 31, 2001 |
| Exhibit 7 | Maryland Department of State Police Request for Laboratory CDS Examination Chain of Custody Log/Laboratory Report, August 30, 2001 |
| Exhibit 8 | Chestertown Police Department Log Information, August 31, 2001 |
| Exhibit 9 | District and Circuit Courts for Kent County Charge Summary and related documents |