# EXHIBIT 1

DATE CRIME REPORTED:   08/31/01            CASE#:   01-0521

TYPE OF CRIME:   RESISTING ARREST          STATUS: CLEARED
                                                   BY ARREST


On Thursday, August 30, 2001, at about 2345 hours, I was on patrol.
At this time I observed Lamont DEMBY driving a maroon Mazda four (4)
door that displayed Maryland tags NDD-512.  He was seen parking the
car at the Royal Farms Store, Maple Avenue, Chestertown, Maryland.
Suspecting that he might be suspended from driving due to arresting
him for that in the past, I circled the block while I attempted to
obtain a license check via police dispatch.  When I came back to the
Royal Farms Store DEMBY and the car were gone.

I proceeded to travel Northbound on Washington Avenue waiting for
the license check.  I pulled into the Mobil Gas Station lot and
telephoned police dispatch via a pay phone to see what DEMBY'S
driving status was.  Police dispatch advised that DEMBY was sus-
pected in Maryland for Failure To Appears.  I requested them to
hold that copy.  See attached license check.

As I was attempting to get onto Northbound Route 213, I observed
DEMBY driving the same car.  He drove past me going Northbound
Route 213 near Gibson Avenue.  I executed a traffic stop, stopping
the car in the Kunkels Auto Parts' parking lot at about 2357 hours.
After calling out the traffic stop, police dispatch alerted PFC
YIANNAKIS to come and assist me.

I approached the driver's side and advised DEMBY that he was stopped
due to being suspended from driving.  He told me that he thought he
took care of it.  He went on to tell me that he has had problems
with his car due to leaks on the roof.  The sun roof is broken.  I
attempted to help him to close it due to the recent rain.

PFC YIANNAKIS arrived.  I asked DEMBY to exit the car.  I told him
to put both his hands on the roof of his car.  His left hand exited
his left pocket slowly.  It was in a ball.  DEMBY put his left hand
balled up to the roof slowly.  He then quickly put a clear plastic
baggie into this mouth with his left hand.  I grabbed him and
attempted to choke it out of him.  I ordered him to spit it out.
As I grabbed him, we fell to the ground/street next to the curb.
I yelled for PFC YIANNAKIS to help.

He came, and he too yelled for him to spit out the baggie.  We both
yelled this several times.  We ordered him to give up and stop.  I
yelled for him to give up and put his hands behind his back.  DEMBY

did neither.  He continued to chew what was in his mouth.  I
attempted to knock the wind out of him, however, that did not work.
DEMBY was laying on his stomach and I was on top of him with PFC
YIANNAKIS on my left.  We both attempted to make DEMBY spit out the
baggie, however, we were unsuccessful.

We attempted to handcuff him, however, DEMBY flailed his arms and
elbows around.  He tightened his right arm so he would not be cuffed.
We yelled to him several times to put his hands behind his back and
give up and spit out the baggie.  DEMBY did not comply.  DEMBY was
pepper sprayed by me but that did not help.  DEMBY continued to chew
the baggie and not be handcuffed.  DEMBY attempted to break free of
us by trying to get out from under us.  I had to hold him tight and
put all of my weight on him.  He continued to flail his elbows and
turn his body around to break free for us.

I called for backup.  PFC YIANNAKIS attempted to pepper spray DEMBY,
however, he ended up spraying me by accident.  I attempted to use my
ASP baton to control and secure DEMBY, however, PFC YIANNAKIS'S head
and right arm was in the way so I abandoned that.  While struggling
with DEMBY, PFC YIANNAKIS advised that it looked like DEMBY swallowed
the baggie.  We yelled for him to put his hands behind his back.  I
forced his hands behind his back and secured him with handcuffs.

Police assistance arrived.  DEMBY'S car was secured by police.
Myself, PFC YIANNAKIS, and DEMBY were taken to the hospital emergency
room to be treated and decontaminated of the pepper spray.  DEMBY
received minor cuts to both knees and his right hand due to falling
on the street.  He bit his tongue, I suspect while trying to chew and
swallow the baggie.

When we were released from the emergency room DEMBY was taken to the
office.  At about 0140 hours I mirandized him.  He stated, "YES SIR"
to the rights I read to him.  I asked him if he understood his rights.
DEMBY stated, "YES SIR".  Maryland State Police TFC LENSOWSKI wit-
nessed the same.  I asked DEMBY what was in the baggie.  He told me
that it was an empty baggie that he had in his pocket and he swallowed
it because he did not want me to think it was drugs like the last time.
I asked him about being suspended and why he was.  He told me that he
did not get his mail due to moving and not getting a Post Office Box.
I asked him if he notified the Motor Vehicle Administration about his
license change of address.  DEMBY stated no.  I told him that he needed
to do that so they know where to mail his notifications to.

PFC YIANNAKIS gave me a clear plastic baggie that contained several
unknown type of pills that were found inside DEMBY'S car.  They were
found on the floor on the front passenger side.  One (1) pill in the
baggie was a Zoloft and the other four (4) that were red in color
are unknown to me at this time.  PFC YIANNAKIS gave me in addition

to the baggie, two (2) Depakote 500mg that were found next to the baggie on the floor. They were sealed in plastic. I took custody of these. I will attempt to find out what the pills are and follow up on that.

DEMBY was charged and processed. He was taken before a District Court Commissioner where he was released on his own recognizance.

DEMBY was taken to the Court Yard Inn and released.

Case cleared by arrest.

Above events were captured on audio and video tape, tape number 9 via the patrol car.

INVESTIGATING OFFICER:  WODE, #0789      DATE:  08/31/01

SUPERVISING   OFFICER:  BECK, #7912      DATE:  09/03/01

# EXHIBIT 2

DATE CRIME REPORTED:   10/26/00          CASE#:   00-0693

TYPE OF CRIME: DRUG ABUSE VIOLATION       STATUS: CLEARED
                                                  ARREST


On Thursday, October 26, 2000, at about 0241 hours, police dispatch alerted me to go to the Chestertown Inn, (609 Washington Avenue, Chestertown, Maryland) in regards to a subject identified as Lamont DEMBY staying in an unrented motel room.

Upon arrival myself and OFFICER REDMAN met with the night time clerk, Nicole WILKERSON. She advised that she called 911 when she discovered DEMBY and a female in room 42. She advised that room along with that entire side of the motel was not being used, not rented, and no one should be in any rooms. She told me that there were only two (2) rooms rented out and she pointed them out to me. They were located in the front of the Inn near the office. She wanted DEMBY removed along with his friend. WILKERSON escorted us to the room which is located in the far left corner in the rear of the INN. Room 42 is near the glass tinting shop on Route 291. WILKERSON advised that she observed the rear bathroom window of room opened, however, it was not closed. WILKERSON gave me a master key.

Upon arrival to the front door of room 42, I noted all the lights were out and the blinds shut. I attempted to put the key in the door knob and open it up, however, I could not open the door due to the door inside chain locking the door. DEMBY came to the front door and opened it up. He was seen only wearing his underware and a tee shirt. We went inside of the room. I noted a female wrapped in a blanket laying in the bed. I noted female clothing laying on the floor next to her. Upon going in the room I smelled burnt marijuana inside of room 42.

I advised DEMBY, who I am familiar with, the reason why we were there and the complaint we got. DEMBY stated he was sorry but they had no where else to go. I advised both of them they could not stay in the motel unless they pay for a room and they had to leave. DEMBY stated he knew and started to get dressed. I also advised them of the smell of burnt marijuana inside of the room. A search of DEMBY and his clothing revealed nothing. A search of a female's small gray colored flannel jacket/vest revealed one (1) small clear plastic baggie that contained suspected marijuana. This item was the size of a small ping pong ball and was tied in a knot on the top of the ball. I found this inside a zippered pocket of the jacket/vest. This item was laying on the floor next to the bed where the female was. I had her get dressed. She was identified as Deborah WILSON.

OFFICER REDMAN found a small plastic cup that had some burnt
suspected marijuana residue in it.  He found that by DEMBY where
he was sitting.  DEMBY freely gave OFFICER REDMAN a clear plastic
sandwich baggie that was tied in a knot.  This baggie contained
the remains of a blunt cigar.  This is commonly the remains from
a blunt cigar that was cored out and filled with marijuana.
Suspected marijuana seeds were found mixed with the cigar tobacco
in the baggie.  DEMBY gave me one (1) motel room key labeled
Chestertown Inn, Room 26.  He retrieved this key from between the
mattress and the box spring of the bed.  DEMBY advised us that he
found the key in a door and used it to get into room 42.  No signs
of forced entry was noted to room 42.

I advised DEMBY and WILSON that charges were pending for the burg-
lary and theft of the room.  I advised them that I wanted to talk
to the manager of the Inn to inquire what they wanted done with
the unpaid for room.  I advised WILSON that she was under arrest
for the CDS violation.  DEMBY was advised that charges were also
pending for the CDS violation.  OFFICER REDMAN was going to handle
that.  WILSON was secured and placed in the patrol car.  She was
taken to the office.  Once at the office she was afforded creature
comforts.

OFFICER REDMAN took DEMBY to the water fountain in the park and let
him off.

WILKERSON later notified me that key 26 does not work for room 42.
She also advised me that DEMBY and WILSON have been seen in the
area of room 42 in the recent past, however, has never been caught
in the room.  They have suspected that he has been inside of the
room due to its messy condition and not being rented.  I later con-
tacted the manager of the Inn, identified as Betty GOLDBACH.  She
advised that she wanted them charged with the Breaking and Entering.
The value of the rent of the room was $50.76.

At about 0305 hours I mirandized WILSON.  She stated, "YES" to the
rights I read to her.  I asked her if she understood her rights.
WILSON stated, "YEAH".  I asked her who brought the marijuana found
in her jacket.  She stated that someone must have put it in there
while she was dancing at the Margarita Grille.  I learned from her
that the jacket belongs to her.  She told me and OFFICER REDMAN that
DEMBY had smoked a blunt cigar.  I asked her if it was a marijuana
cigar.  She stated, "YEAH".  I asked her if DEMBY put the marijuana
in her jacket.  She hesitated and nodded her head up and down and
stated, "yeah".  I asked her when did he do that.  WILSON stated
prior to our arrival at the room.  WILSON was charged and processed
and taken before a District Court Commissioner where she was released
on her own recognizance.

Case cleared by arrest with charges pending.

INVESTIGATING OFFICER:  WODE, #0789      DATE:  10/26/00

SUPERVISING  OFFICER:  EDLER, #0787      DATE:  10/31/00
(S.A./JBK/10/31/00)

# EXHIBIT 3

SUPPLEMENT PAGE 1 OF 1

DATE CRIME REPORTED:  10/26/00              CASE#:  00-0693

TYPE OF CRIME:  DRUG ABUSE VIOLATION        STATUS: CLEARED
                                                    ARREST


On 11-28-00, at about 0048 hours, I stopped a blue colored
Chevrolet Camero two (2) door that displayed a worn and torn
Maryland temporary tag that was altered.  I stopped the car
on Dixon Drive, Chestertown, Maryland, due to having a driver's
side brake light out.

The driver was identified as Lamont DEMBY via his Maryland
license.  He advised that he was possibly suspended due to a
course he took to get his license valid, however, he was not
sure if he is valid.  A license check revealed that DEMBY was
suspended still.  DEMBY was placed under arrest.  I advised him
of an outstanding charging document at the office.  I took him
to the office to charge him with the driving offence and to
serve the charging document on him.

Upon arrival at the office I retrieved a criminal summons listed
to DEMBY.  DEMBY was charged by OFFICER REDMAN for an incident
that occurred on 10-26-00.  I served the summons on him charging
him accordingly.  He was charged with the driving offence and
taken back to his car where he was going to get the car towed
home.

Case cleared by arrest.


INVESTIGATING OFFICER:  WODE,  #0789      DATE:  11/28/00

SUPERVISING  OFFICER:  EDLER, #0787      DATE:  11/29/00
(S.A./JBK/11/29/00)

# EXHIBIT 4

Ticket Data Entry Screen
Driver and Vehicle Registration Data

Last Name        DEMBY              First Name LAMONT      Middle> OCTAVIOUS
Address          6330 BROADNECK RD              City       CHESTERTOWN
DOB              01/13/72       Age   29  Race B  State    MD   Zip 21620
Driver's License # D 510 488 651 037           Case Number

                        Vehicle Information
Tag Number>NDD512     State MD *Plate Type       <VIN Number>
Plate Exp.        Make MAZDA        Type Vehicle 4DR         Color MAROON
Vehicle Year 1988

                     Ticket Disposition Data
Disposition       PENDING        Amount     0.00      *Findings MUST APPEAR

                      Ticket Issuance Data
Ticket Number>    0AU88332     <Violation>    SUSPENDED LIC    *Type     UTT
Issue Date>       08/30/73       Court Date                     Time     1157
Re-Suspense Date                 Officer ID # 0789             *Zone
Location   N/B 213 & WASH AVE                 Comments
Reference ISSUED 08/30/01,RELATE CIT          Notice Case Number
Notice Date               Sent Notice Number      *Action to be Taken

# EXHIBIT 5

# (Videotape; filed separately)

# EXHIBIT 6

# CHESTERTOWN POLICE DEPARTMENT
## VEHICLE STORAGE FORM

Property Held #: 2800          Date: 8/31/01          Case #: 01-0524

(Circle one)     (SEIZURE)          ABANDONDED          RECOVERED

(Circle one)     EVIDENCE          Other: _____

Operator: Lamont Derby  6330 Broadneck Rd  Chestertown Md  21620
          (Name/DOB/Address)

Owner: Ellamay F. Blake          "          "          "
       (Name/Address)

Year: 1989     Make: Mazda     Model: 929     Color: MRN

VIN #: JM1HC2217J0/92012     TAG #: NOO512     State: MO

Vehicle Removed By: Todd's          Stored at: Todd's
                    (Tow Truck)               (Where Stored)

Officer: Sgt. vale / Pfc. Odgos     ID#: _____

Reason for storage: Stored due to a CDS investigation

_____

_____

_____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VEHICLE RELEASE

The above vehicle was released to the owner or his/her agent, who provided proper proof of identification, by the authority of the Chestertown Police Officer and Storage Agent as listed below.

Owner/Agent: ELLA MAE F. BLAKE          Ellamae F. Blake          8/31/01
             (Print Name)                (Signature)              (Date)

Storage Agent: _____     _____     _____
               (Print Name)            (Signature)          (Date)

Officer: Pfc. J. Odgos     John Odgos          8/31/01
         (Print Name)       (Signature)         (Date)

#6

# EXHIBIT 7

# MARYLAND DEPARTMENT OF STATE POLICE
## CHAIN OF CUSTODY LOG/LABORATORY REPORT
### REQUEST for LABORATORY CDS EXAMINATION

| Installation/Agency: Chestertown Police Department | | | | | | | Crime Laboratory File No. |
|---|---|---|---|---|---|---|---|
| Suspect: DEMBY, Lamont Octavious | Phone No. 410-778-1800 | | | Arresting Officer: SGT C.F. WODE | County: KENT | | Agency Case No. 01-0521 |
| | Date of Offense: 08-30-01 | | | | | | Property Held No. CDS-5345 |

**Type all Entries**

☒ Seizure   ☐ Search Warrant   ☐ Juvenile   ☐ Purchase   ☐ Recovery

**See Instruction on Back of Page 5**

**LABORATORY REPORT**

| ITEM | | Analyst's Inventory | | | |
|---|---|---|---|---|---|
| | | Item | Weight/Count Gross / Net | RESULTS / SCHEDULE | |
| 1 | * Evidence bag one (1) of one (1). One (1) heat sealed plastic bag containing the following: | | | | |
| | * Clear plastic baggie containing five (5) suspected prescription drugs. | | | | |
| 2 | * Two (2) suspected prescription drugs wrapped in plastic and foil. | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

I THE UNDERSIGNED HEREBY CERTIFIES THAT THE ABOVE LISTED EVIDENCE SUBMITTED IN THIS CASE, WHILE IN MY CUSTODY, REMAINED AND WAS DELIVERED TO THE PERSON/LOCATION INDICATED ON THE DATE AND TIME STATED AND ESSENTIALLY THE SAME CONDITION AS WHEN RECEIVED, EXCEPT THAT MATERIAL OR PORTION CONSUMED IN THE ANALYSIS AT THE CRIME LABORATORY.

I hereby certify that I am employed by the Maryland State Police and am certified as ☐ a forensic chemist or ☐ a marihuana analyst by the Maryland State Department of Health and Mental Hygiene. The above listed substance(s) were properly tested by me utilizing analytical and quality control procedures approved by the Maryland State Department of Health and Mental Hygiene and in my opinion each substance is or contains the particular substance(s) specified.

SIGNATURE: _____  DATE: _____

| | Print and Sign Name or Location | Date | Time | | Print and Sign Name or Location | Date | Time |
|---|---|---|---|---|---|---|---|
| 1. | Defs vehicle | 083101 | | 7. | | | |
| 2. | PFC YIANNAKIS (signed) | 083101 | 0017 | 8. | | | |
| 3. | SGT C.F. WODE (signed) | 083101 | 0130 | 9. | | | |
| 4. | CCPD CDS Locker (signed) | 083101 | 0400 | 10. | | | |
| 5. | | | | 11. | | | |
| 6. | | | | 12. | | | |
| | | | | 13. | | | |

*Original Source: location or person from which evidence was obtained

REMAINS WITH EVIDENCE

*List probable cause items first & indicate with an asterisk (*)    **Line 2. - First person who takes possession of evidence at original source.

Page ____ of ____

MSP 67A (5/98)

#7

# MARYLAND DEPARTMENT OF STATE POLICE
## REQUEST for LABORATORY CDS EXAMINATION
## CHAIN OF CUSTODY LOG/LABORATORY REPORT

**Installation/Agency:** Chestertown Police Department

**Phone No.** 410-778-1800

**Date of Offense:** 08-30-01

**Suspect:** DEMBY, Lamont Octavious

**Arresting Officer:** SGT C.F. WODE

**County:** KENT

**Crime Laboratory File No.** CL115735

**Agency Case No.** 01-0521

**Property Held No.** CDS-5345

**Type all Entries:** ☒ Seizure ☐ Search Warrant ☐ Juvenile ☐ Purchase ☐ Recovery

MARYLAND STATE POLICE
2001 SEP 17 AM 9:34

**LABORATORY REPORT**

| ITEM | Analyst's Inventory | | | RESULTS | / | SCHEDULE |
|---|---|---|---|---|---|---|
| | Item | Weight/Count Gross/Net | | | | |
| 1. Evidence bag one (1) of one (1). One (1) heat sealed plastic bag one (1) of one (1). One (1) heat sealed | 1A | 4 tablets | | Amitriptyline - A Prescription Drug Physically Identified As Sertraline "Zoloft" - A Prescription Drug | | |
| 1. Clear plastic baggie containing five (5) suspected prescription drugs. | 1B | 1 tablet | | Physically Identified As Sertraline "Zoloft" - A Prescription Drug | | |
| 2. Two (2) suspected prescription drugs wrapped in plastic and foil. | 2 | 2 tablets | | Physically Identified as Divalproex "Depakote" - A Prescription Drug | | |

I hereby certify that I am employed by the Maryland State Police and am certified as ☒ a forensic chemist or ☐ a marihuana analyst by the Maryland State Department of Health and Mental Hygiene. The above listed substance(s) were properly tested by me utilizing analytical and quality control procedures approved by the Maryland State Department of Health and Mental Hygiene and in my opinion each substance(s) or contains the particular substance(s) specified.

SIGNATURE: _____  Print and Sign Name or Location   DATE: 10-1-01

THE UNDERSIGNED HEREBY CERTIFIES THAT THE ABOVE LISTED EVIDENCE SUBMITTED IN THIS CASE, WHILE IN CUSTODY, REMAINED AND WAS DELIVERED TO THE PERSON/LOCATION INDICATED ON THE DATE AND TIME STATED IN ESSENTIALLY THE SAME CONDITION AS WHEN RECEIVED, EXCEPT THAT MATERIAL OR PORTION CONSUMED IN THE ANALYSIS AT THE CRIME LABORATORY.

**See Instruction on Back of Page 5**

| | Print and Sign Name or Location | Date | Time | Print and Sign Name or Location | Date | Time |
|---|---|---|---|---|---|---|
| 1. Defs vehicle | | 083101 | 0017 | 7. CSJ | | 5/17/01 | 0720 |
| 2. **PFC YIANNIS | | 083101 | 0017 | 8. | | | |
| 3. SGT C.F. WODE #07895 | | 083101 | 0130 | 10. | | 10-3-01 | 093 |
| 4. CPD CDS locker | | 083101 | 0400 | 11. | | 10-3-01 | 091 |
| 5. CSJ | | 8/1/01 | | 12. | | 10-1-01 | 113 |
| 6. CSJ | | 8/30/01 | 1230 | 13. | | | |

**Original Source: location or person from which evidence was obtained**

*List probable cause items first & indicate with an asterisk (*)

**Line 2. - First person who takes possession of evidence at original source.

Page 1 of 1

# EXHIBIT 8

CHESTERTOWN POLICE DEPARTMENT                     V 1.0
                                    Log Information

```
<Case Number> 01-0521      <Type>  RESISTING ARREST        <*UCR Number> 26
<Report Date> 08/31/73     <ID#>   0789                      Entered by JLL
Occurrence Start Date      08/31/73   Weekday     THU   Occurrence Time
Occurrence End   Date                 Weekday           Occurrence Time

Ethnic Bias(Y/N) N *Type    *Organized    Name              *Code      *Status
*Battered Spouse Injury     *Household Type    *Circumstance Codes

                       Time/Location Information
    Received        Dispatched        Arrived 2357   Cleared 0430   *Premise
    Location           0   NORTHBOUND RT 213 + GIBSON AVENUE        <Zone> 4

                          Name Information

<Last Name STATE OF MARYLAND       First  =          Middle =              >
<Address>        0                       City                           St
  Zip                    Home (410)      -          Work (410)      -
  SSN#      -  -     DLN#                     DOB               Age      0
*Involvement V                *Race        Sex            *Ethnic
*Religion               *Residence      Injury Description
Page 2 of 2               Disposition/Arrest information

  <Charges>                          *Case Disposition  CA
   Arrest Date                        Arrest Number
  *Arrest Type                       *Juvenile Disposition
  *Court Disposition                  Court Disposition Date

   *Property         *Stolen/Recovered        *Vehicle
    Stolen$       0   Stolen Date
 Recovered$       0   Recovered Date           Damage Desc

      *Activity        *Assignment        Personal Injury(Y/N)
      *Situation       *Weapon           *Relationship

Car Robbery(Y/N)   *Car Jacking   *Location   *Lane  *Accosting    Year
Make               Model          Style        Color          *Injury
```

                          Narrative Information
            THE STATE OF MARYLAND IS THE VICTIM.

CHESTERTOWN POLICE DEPARTMENT                    V 1.0
                              Log Information

<Case Number> 01-0521    <Type>   RESISTING ARREST        <*UCR Number> 26
<Report Date> 08/31/73   <ID#>    0789                      Entered by JLL
 Occurrence Start Date   08/31/73   Weekday     THU    Occurrence Time
 Occurrence End   Date              Weekday            Occurrence Time

 Ethnic Bias(Y/N) N *Type     *Organized    Name             *Code      *Status
*Battered Spouse Injury       *Household Type    *Circumstance Codes

                        Time/Location Information
     Received          Dispatched        Arrived 2357  Cleared 0430   *Premise
     Location            0   NORTHBOUND RT 213 + GIBSON AVENUE        <Zone> 4

                            Name Information

<Last Name YIANNAKIS               First  JASON        Middle (PFC)        >
<Address>      333 SOUTH CROSS STREET          City CHESTERTOWN        St MD
  Zip   21620             Home (410)    -=          Work (410)     -=

 SSN#     -  -      DLN#                    DOB            Age     0
*Involvement W              *Race W    Sex M       *Ethnic N
*Religion                   *Residence L   Injury Description   PEPPER SPRAYED
Page 2 of 2           Disposition/Arrest information

 <Charges>                          *Case Disposition  CA
  Arrest Date                        Arrest Number
*Arrest Type                        *Juvenile Disposition
*Court Disposition                   Court Disposition Date

 *Property          *Stolen/Recovered        *Vehicle
  Stolen$         0  Stolen Date
Recovered$        0  Recovered Date           Damage Desc

       *Activity        *Assignment      Personal Injury(Y/N)
       *Situation       *Weapon         *Relationship

Car Robbery(Y/N)   *Car Jacking   *Location   *Lane  *Accosting    Year
Make               Model          Style        Color         *Injury

                        Narrative Information
        PFC YIANNAKIS IS A WITNESS.

CHESTERTOWN POLICE DEPARTMENT                 V 1.0
                          Log Information

<Case Number> 01-0521      <Type>   RESISTING ARREST      <*UCR Number> 26
<Report Date> 08/31/73     <ID#>   0789                    Entered by JLL
 Occurrence Start Date     08/31/73   Weekday      THU   Occurrence Time
 Occurrence End  Date                 Weekday              Occurrence Time

Ethnic Bias(Y/N) N *Type     *Organized    Name              *Code      *Status
*Battered Spouse Injury      *Household Type    *Circumstance Codes

                      Time/Location Information
    Received         Dispatched         Arrived 2357   Cleared 0430   *Premise
    Location          0  NORTHBOUND RT 213 + GIBSON AVENUE       <Zone> 4

                         Name Information

<Last Name DEMBY              First  LAMONT       Middle OCTAVIOUS      >
<Address>    6330 BROADNECK ROAD          City CHESTERTOWN         St MD
 Zip    21620          Home (410) 778-4095       Work (410)    -N/A

 SSN#  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   DLN# D 510 488 651 037     DOB   01/13/72   Age   29
*Involvement A             *Race B      Sex M     *Ethnic N
*Religion           *Residence L     Injury Description  =
Disposition/Arrest information

<Charges>    RESISTING ARREST          *Case Disposition  CA
 Arrest Date  08/31/73                  Arrest Number     D-228
*Arrest Type   A                       *Juvenile Disposition
*Court Disposition                      Court Disposition Date

  *Property          *Stolen/Recovered          *Vehicle
   Stolen$        0   Stolen Date
Recovered$       0   Recovered Date            Damage Desc

      *Activity        *Assignment        Personal Injury(Y/N)
      *Situation       *Weapon           *Relationship

Car Robbery(Y/N)   *Car Jacking    *Location   *Lane   *Accosting     Year
Make            Model            Style           Color         *Injury

                    Narrative Information
         LAMONT OCTAVIOUS DEMBY IS THE ACCUSED.

         REFER TO THE INVESTIGATIVE NARRATIVE.





# EXHIBIT 9



# DISTRICT COURT OF MARYLAND FOR Kent County

01-0521

Located at Court House, 103 N. Cross St., Chestertown, Maryland 21620   Case No.:005L00004429

S.A. 9/5/01

| STATE OF MARYLAND | VS | DEMBY, LAMONT O SR |
|---|---|---|

COMPLAINANT:
Officer: WODE, C. F. SGT.
Agency/Subagency: AX 14
ID: 0789

DEMBY, LAMONT O SR
6330 BROADNECK ROAD
CHESTERTOWN, MD  21620

CC#:                   SID:
Local ID:              DL#:D-510-488-648-037        DL State: MD
Race:1  Sex:M  Height:5'10"  Weight:205  Hair:BLK  Eyes:BRN
DOB:01/13/1972  Phone(H):(410) 778-4095  Phone(W):

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF WODE, C. F. SGT.
IT IS FORMALLY CHARGED THAT DEMBY, LAMONT O SR at
the dates, times and locations stated in the Charging document:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|
| 1 4801 | CL | | RESISTING ARREST |
| 00000AU88332 | TA 16 303 (c) | | PERSON DRIVING MOTOR VEH. ON (HWY., PUBLIC USE PROPERTY) ON SUSPENDED LIC. & PRIVILEGE |
| 00000AU88333 | TA 16 301 (e) | | (DISPLAY, CAUSE, PERMIT TO BE DISPLAYED) SUSPENDED LIC. |

Date:08/31/2001    Time:03:32 AM        Judicial Officer: _____ 3065

Tracking No. 000001662253

POLICE

RELATED CASES:

**DEFENDANT'S NAME (LAST, FIRST, M.I.)**

DEMBY, Lamont C.

## COMPLAINANT

**NAME (LAST, FIRST, M.I.)** — Wode, C. F.     **TITLE** — SGT

**AGENCY** — AX     **SUB-AGENCY** — 14     **I.D. NO. (POLICE)** — 0789

**WORK TELEPHONE** — 410-778-1800     **HOME TELEPHONE** — ( ) N/A

**ADDRESS** — 333 South Cross Street     **APT. NO.**

**CITY** — Chestertown,     **STATE** — Md     **ZIP CODE** — 21620

☐ **DOMESTIC VIOLENCE**     ☐ **HATE CRIME**
☐ **VULNERABLE ADULT ABUSE**     ☐ **CHILD ABUSE**

Page 1 of

## DEFENDANT

**NAME (LAST, FIRST, M.I.)** — DEMBY, Lamont C.     **TITLE**

**MAFIS NAME (LAST, FIRST, M.I.)**     **TITLE**

**I.D.NO.** — A/N/A     **RACE** — M     **SEX** — M     **HT.** — 5'10"     **WT.** — 205     **D.O.B. (MM/DD/YY)** — 01/13/72

**CC/OCA** — D-228     **HAIR** — BLK     **EYES** — BRN     **OTHER DESCRIPTION**

**DRIVER'S LICENSE #** — D-510-408-651-037     **STATE** — Md

**WORK TELEPHONE** — ( )N/A     **HOME TELEPHONE** — 410-778-4095

**ADDRESS** — 6330 Broadneck Road     **APT. NO.**

**CITY** — Chestertown,     **STATE** — Md     **ZIP CODE** — 21620

## STATEMENT OF CHARGES

IT IS FORMALLY CHARGED THAT THE DEFENDANT

**1** — **CJIS CODE** — 1 4801     **AR**     **ON OR ABOUT (DATE)** — 08-30-01     **AT (PLACE)** — Washington Ave and Gibson Ave, Chestertown MD 21620

...did resist the lawful arrest and apprehension by SGT WODE and PFC YIANNAKIS, in violation of the Common Law.

**IN VIOLATION OF:**
☐ MD. ANN. CODE. ART. **27** SEC. ☑ COMMON LAW OF MD.     ☐ PUB. LOCAL LAW, ART. SEC. AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE     **PROBABLE CAUSE** ✓ Y N
☐ COMAR OR AGENCY CODE NO.     ☐ ORDINANCE NO.     **COMMISSIONER INITIALS** MK 3065 **ID NO.**

**2** — **CJIS CODE**     **AR**     **ON OR ABOUT (DATE)**     **AT (PLACE)**

**IN VIOLATION OF:**
☐ MD. ANN. CODE. ART. SEC. ☐ COMMON LAW OF MD.     ☐ PUB. LOCAL LAW, ART. SEC. AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE     **PROBABLE CAUSE** Y N
☐ COMAR OR AGENCY CODE NO.     ☐ ORDINANCE NO.     **COMMISSIONER INITIALS** **ID NO.**

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF

**DATE** — 08-31-01     **PEACE OFFICER** — SGT C.P. WODE #0789

**AGENCY** — AX     **SUB-AGENCY** — 14     **I.D. NO.** — 0789



000000 1662253

**TR#** 000000 1662253

**LAW ENFORCEMENT**

DC/CR 2 (Rev. 10/2000) P.D. 8/00

| LOCATED AT ( COURT ADDRESS )<br>103 North Cross Street<br>Chestertown, MD 21620 | DISTRICT COURT<br>CASE NUMBER<br>5L00030429 | RELATED CASES:<br>AU88332<br>AU88333 |
| --- | --- | --- |

*(City / County)*

| COMPLAINANT | DEFENDANT |
| --- | --- |

**COMPLAINANT**

| NAME (LAST, FIRST, M.I.) | TITLE |
| --- | --- |
| SGT C.F. WODE #0789 | |

| AGENCY | SUB-AGENCY | I.D. NO. (POLICE) |
| --- | --- | --- |
| AX | 14 | 0789 |

| WORK TELEPHONE | HOME TELEPHONE |
| --- | --- |
| 410-778-1800 | ( ) N/A |

| ADDRESS | APT. NO. |
| --- | --- |
| 333 South Cross Street | |

| CITY | STATE | ZIP CODE |
| --- | --- | --- |
| Chestertown | MD | 21620 |

**DEFENDANT**

| NAME (LAST, FIRST, M.I.) | TITLE |
| --- | --- |
| DEMBY, Lamont Octavious | |

| MAFIS NAME (LAST, FIRST, M.I.) | TITLE |
| --- | --- |
| N/A | |

| I.D. NO.<br>N/A | RACE<br>1 | SEX<br>M | HT<br>510 | WT<br>200 | D.O.B. (MM/DD/YY)<br>01-13-72 |
| --- | --- | --- | --- | --- | --- |

| CC/OCA NO.<br>D-228 | HAIR<br>BLK | EYES<br>BRO | OTHER DESCRIPTION<br>N/A |
| --- | --- | --- | --- |

| WORK TELEPHONE<br>NONE | HOME TELEPHONE<br>410-778-4095 |
| --- | --- |

| ADDRESS<br>6330 Broadneck Road | APT. NO. |
| --- | --- |

| CITY<br>Chestertown | STATE<br>MD | ZIP CODE<br>21620 |
| --- | --- | --- |

DOMESTIC VIOLENCE ☐   HATE CRIME ☐   CHILD ABUSE ☐   VULNERABLE ADULT ABUSE ☐   Page 1 of _____

## STATEMENT OF PROBABLE CAUSE

ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

THE DEFENDANT HAS BEEN ARRESTED UPON THE FOLLOWING INFORMATION OR OBSERVATION (MAKE A PLAIN, CONCISE AND COMPLETE STATEMENT OF ESSENTIAL FACTS CONSTITUTING THE OFFENSE CHARGED)

On 08-30-01 at about 2357 hrs I stopped Lamont DEMBY driving a maroon Mazda four (4) that displayed MD tags NDD-512 on Washington Ave near Gibson Ave. Chestertown, MD. I stopped the car and driver due to him being suspended which I learned moments prior to the stop. Once stopped I asked him to exit the car. DEMBY was seen putting a clear plastic baggie into this mouth with his left hand. We struggled and ended up falling on the ground/street. DEMBY refused to open his mouth and spit the baggie out. He refused to put hands behind his back when we ordered him to. DEMBY ended up swallowing the baggie. I had to forcefully hand cuff

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

PROBABLE CAUSE CHARGES # _____

LACK OF PROBABLE CAUSE CHARGES # _____

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. | I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT |
| --- | --- |

| DATE<br>08-31-01 | ARRESTING OFFICER<br>SGT C.F. WODE #0789 |
| --- | --- |

| AGENCY | SUB-AGENCY | I.D. NO. |
| --- | --- | --- |
| AX | 14 | 0789 |

THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE.

| DATE<br>8/31/2001 | JUDICIAL OFFICER | COMMISSIONER I.D. NO.<br>3065 |
| --- | --- | --- |

TRACKING NUMBER
060001262263

PC DC/CR 4 (Rev. 3/95)
COURT COPY

*Police*



**DISTRICT COURT OF MARYLAND FOR** Chestertown/Kent

.................................................................................................... (City / County)

| LOCATED AT ( COURT ADDRESS )<br>103 North Cross Street<br>Chestertown, MD 21620 | DISTRICT COURT<br>CASE NUMBER |
|---|---|

| DEFENDANT'S NAME (LAST, FIRST, M.I.)<br>DEMBY, Lamont Octavious | MAFIS NAME<br>N/A |
|---|---|

Page_____ of _____

## STATEMENT OF PROBABLE CAUSE (CONTINUED)

ARREST ON.TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

him and secure him. Prior to that he attempted to break free by trying to get out from under us.  He flailed his elbows and tried to move us off of him.  All events occurred in Chestertown, Kent County, MD 21620

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. | |
|---|---|
| DATE<br>08-31-01 | ARRESTING OFFICER<br>SGT C.F. WODE #0789 |

| AGENCY<br>AX | SUB-AGENCY<br>14 | I.D. NO.<br>0789 |
|---|---|---|



TRACKING NUMBER

PC DC/CR 4A (Rev. 8/94)
COURT COPY

POLICE





# DISTRICT COURT OF MARYLAND FOR Kent County

Located at Court House, 103 N. Cross St., Chestertown, Maryland 21620  Case No.: 000L00004151

STATE OF MARYLAND          VS          **DEMBY, LAMONT OCTAVIOUS** 01-0213
                                       **6330 BROADNECK ROAD** 00-0693
                                       **CHESTERTOWN, MD  21620** S.A. 4/19/01

CC#:                                    SID:
Local ID:                               DL#:
Race: I   Sex: M   Ht:    Wt:    Hair:    Eyes:
DOB: 01/13/1972   Phone(H):    Phone(W):

Charge | Statute | Arrest          Charge | Statute | Arrest
THEFT: LESS $500 VALUE | 27342 |     CDS: POSSESSION-MARIHUANA | 27287(A) |
CDS: POSS PARAPHERNALIA | 27287A(C) |

## CRIMINAL SUMMONS ON CHARGING DOCUMENT

STATE OF MARYLAND, Kent County, to wit:

**To the Defendant:**

YOU ARE SUMMONED AND COMMANDED to appear for Preliminary Inquiry in this Court on 04/19/2001 at 8:45AM to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the Court at the above location prior to the trial date.

Date: 03/22/2001          Judge/Commissioner/Clerk: _Patricia Horse_

Given to: CHESTERTOWN POLICE DEPT

**NOTICE TO OFFICER:** If not served by 04/12/2001, return to the Court.

## ACKNOWLEDGEMENT

I acknowledge receipt of a copy of this Summons and hereby promise to appear as required by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time and date herein set forth will result in the issuance of a warrant for my arrest.

Date: _4-8-01_          Signature of Defendant: _L. Demby_

## RETURN OF SERVICE

☒  I certify that I delivered a copy of this Summons personally at _5:30 P M_ on _04-08-01_ at _KENT COUNTY SHERIFF'S OFFICE, CHESTERTOWN, MD_

☐  I certify that the defendant could not be found.

☐  I certify that I personally attempted to deliver a copy of this Summons to the Defendant but he refused to accept the same and/or sign a receipt for same.

Signature & Title of Peace Officer: _Cpl Robert R. Ayres #0006_   Date: _04-08-01_

Printed Name of Officer: _CPL ROBERT R. AYRES #0006_

Agency, Sub-Agency, I.D.: _ZN 14 #0006_

Tracking No.: 011001142515





# DISTRICT COURT OF MARYLAND FOR Kent County

Located at Court House, 103 N. Cross St., Chestertown, Maryland 21620   Case No.:000L00004151

| STATE OF MARYLAND | VS | DEMBY, LAMONT OCTAVIOUS |
|---|---|---|

COMPLAINANT:
FLANAGAN, JOSEPH C JR
ASST STATE'S ATTORNEY/KENT CO.
UNKNOWN
CHESTERTOWN, MD   21620

6330 BROADNECK ROAD
CHESTERTOWN, MD   21620

CC#:                              SID:
Local ID:                       DL#:                        DL State:
Race: 1   Sex: M   Height:        Weight:        Hair:        Eyes:
DOB:01/13/1972   Phone(H):                 Phone(W):

# CRIMINAL INFORMATION

UPON THE FACTS CONTAINED IN THE APPLICATION OF FLANAGAN, JOSEPH C JR
IT IS FORMALLY CHARGED THAT DEMBY, LAMONT OCTAVIOUS at
the dates, times and locations stated in the Charging document:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|
| 3 5010 | 27 342 | 18 M &/or $500.00 | THEFT :LESS $500 VALUE |
| 1 0573 | 27 287 (A) | 1 Y &/or $1,000.00 | CDS: POSSESSION-MARIHUANA |
| 5 3550 | 27 287A (C) | $500.00 | CDS:POSS PARAPHERNALIA |

Date:03/22/2001    Time:02:47 PM        Judicial Officer:                          3065

Tracking No.  011001142515



DC # 3L 3979

STATE OF MARYLAND            *        IN THE DISTRICT COURT FOR

vs.                         *        KENT COUNTY, MARYLAND

LAMONT OCTAVIOUS DEMBY       *        CASE NO. *CL CCCC 4151*

*********************
INFORMATION

**COUNT 1:** Joseph C. Flanagan, Jr., Assistant State's Attorney for Kent County, Maryland on his

official oath does inform and charge that the said LAMONT OCTAVIOUS DEMBY, late of said

County, on or about October 26, 2000, in Kent County, Maryland, did steal room rent of John

Martone/Chestertown Inn having a value of less that $500, in violation of Article 27, Section 342

of the Annotated Code of Maryland, contrary to the form of the Act of Assembly in such case

made and provided, and against the peace, government and dignity of the State.

**(THEFT: Less $500 Value -  Article 27 Section 342        CJIS 3 5010**

**COUNT 2:** Joseph C. Flanagan, Jr., Assistant State's Attorney for Kent County, Maryland on his

official oath does inform and charge that the said LAMONT OCTAVIOUS DEMBY, late of said

County, on or about October 26, 2000, in Kent County, Maryland, did possess a controlled

dangerous substance to Schedule I, to wit: marihuana in violation of Article 27, Section 287(a),

of the Annotated Code of Maryland, contrary to the form of the Act of Assembly in such case

made and provided, and against the peace, government and dignity of the State.

**(CDS: Possess - Marihuana- Article 27 Section 287(a))    CJIS 1 0573**

**COUNT 3:** Joseph C. Flanagan, Jr., Assistant State's Attorney for Kent County, Maryland on his

official oath does inform and charge that the said LAMONT OCTAVIOUS DEMBY,  late of

said County, on or about October 26, 2000, in Kent County, Maryland, did possess with the

intent to use drug paraphernalia, to wit: blunt of a cigar & plastic baggie, used to store and

BERT H. STRONG, JR.
STATE'S ATTORNEY
FOR KENT COUNTY
CHESTERTOWN, MD.

410-778-6109
410-778-2587


COURT

contain and introduce into the human body by inhaling a controlled dangerous substance of

Schedule I, to wit: Marihuana, in violation of Article 27, Section 287A (c), of the Annotated

Code of Maryland, contrary to the form of the Act of Assembly in such case made and provided,

and against the peace, government and dignity of the State.

**(CDS: Poss Paraphernalia - Article 27 Section 287A(c))  CJIS 5 3550**

Joseph C. Flanagan, Jr.
Assistant State's Attorney for
Kent County

ROBERT H. STRONG, JR.
STATE'S ATTORNEY
FOR KENT COUNTY
CHESTERTOWN, MD.

410-778-6109
410-778-7450



STATE OF MARYLAND                *        IN THE DISTRICT COURT FOR

vs.                             *        KENT COUNTY, MARYLAND

LAMONT OCTAVIOUS DEMBY          *        CASE NO. _CLcoc4/55_

### LINE TO CLERK

Dear Clerk:

    Please issue a Summons for the above Defendant, , (B/M, DOB 1-13-1972,), whose last known address is 6330 Broadneck Road,  Chestertown, MD 21620.

Joseph C. Flanagan, Jr.
Assistant State's Attorney for
Kent County, Maryland

**TO THE PERSON CHARGED:**

    1.  This paper charges you with committing a crime.

    2.  If you have been arrested, you have the right to have a judicial officer decide whether you should be released from jail until your trial.

    3.  You have the right to have a lawyer.

    4.  A lawyer can be helpful to you by:
        (A) explaining the charges in this paper;
        (B) telling you the possible penalties;
        (C) helping you at trial;
        (D) helping you protect your constitutional rights; and
        (E) helping you to get a fail penalty if convicted.

    5.  Even if you plan to plead guilty, a lawyer can be helpful.

    6.  If you want a lawyer, but do not have the money to hire one, the Public Defender may provide a lawyer for you.  The court clerk will tell you how to contact the Public Defender.

    7.  If you want a lawyer, but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.

    8.  **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.** If you do not have a lawyer before the trial date, you may have to go to trial without one.

Joseph C. Flanagan, Jr.
Assistant State's Attorney for
Kent County

OBERT H. STRONG, JR.
STATE'S ATTORNEY
FOR KENT COUNTY
CHESTERTOWN, MD.

410-778-6109
410-778-7450

RECEIVED

01 MAR 20 PM 2:43

STATE'S ATTORNEY, CHESTERTOWN



# NOTICE OF ADVICE OF RIGHT TO COUNSEL

**TO THE PERSON CHARGED:**

  1. You have been charged with committing a crime.
  2. If you have been arrested, you have the right to have a judicial officer decide whether you should be released from jail until your trial.
  3. You have the right to have a lawyer.
  4. A lawyer can be helpful to you by:
      (A) explaining the charges against you;
      (B) telling you the possible penalties;
      (C) helping you at trial;
      (D) helping you protect your constitutional rights;
  and
      (E) helping you to get a fair penalty if convicted.
  5. Even if you plan to plead guilty, a lawyer can be helpful.

_____6. If you want a lawyer but do not have the money to hire one, the Public Defender may provide a lawyer for you. The court clerk will tell you how to contact the Public Defender.

_____7. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.

_____**8. DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.**
If you do not have a lawyer before the trial date, you may have to go to trial without one.

_____**CASE# 000L00004151**

CHG/CIT   STATUTE                                  CHG/CIT   STATUTE

001   27 342                                       002   27 287 (A)
003   27 287A (C)

# RECEIPT

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

DOES NOT WANT TO SIGN

_____          _____
Date                             Signature of Defendant

(CPB) # 0006

_____          _____
Date                             Judge/Commissioner