IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAMONT DEMBY<br>6330 Broadneck Road<br>Chestertown, MD 21620 | *<br><br>* |
| Plaintiff | * |
| vs. | * CIVIL ACTION: CCB-03-385 |
| **CHESTERTOWN, MARYLAND**, et al.<br>Serve on:    Suzanne Hayman<br>            123 Court Street<br>            Chestertown, MD 21620 | *<br><br>*<br><br>* |
| Defendants | * |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Now comes Plaintiff, by and through undersigned counsel, and moves this Honorable Court for an extension of time to file a response to the Defendants' motion to dismiss. As grounds for said request, Plaintiff states the following:

1.  That undersigned counsel in this matter was contacted by Jason Kobin, Esquire to assist in prosecuting this matter.

2.  That Attorney Kobin represented the Plaintiff herein in the criminal matter which arose as a result of the occurrence complained of herein.

3.  That Plaintiff made certain representations to undersigned counsel regarding the facts in this matter which, in turn, said facts were relayed to undersigned counsel, in addition to written correspondences from the Plaintiff which represented factual allegations concerning this matter.

4.  That at the time of the criminal proceeding attorney Kobin never had an opportunity to view the videotape supplied to undersigned counsel as an attachment to

Defendants' Motion to Dismiss because the criminal matter was dismissed.

5. That when undersigned counsel viewed the videotape, undersigned counsel had some concern with respect to the facts presented by Plaintiff and those represented by the videotape.

6. That undersigned counsel contacted attorney Kobin and discussed the concerns and, in turn, attorney Kobin contacted Plaintiff and his family to notify them that undersigned counsel and attorney Kobin were reluctant to proceed with this matter after viewing the tape.

7. That undersigned counsel has attempted to speak with the Plaintiff on numerous occasions over the last few days and has only received communications from the Plaintiff's mother.

8. That despite vehement messages relating to undersigned counsel's intention to file to withdraw his appearance, Plaintiff has still failed to contact undersigned counsel.

9. That despite the information relayed to Plaintiff's mother and despite the lack of contact between the Plaintiff and undersigned counsel, Plaintiff's mother insists that the Plaintiff still wishes to proceed with the above captioned matter.

10. That Plaintiff's mother informed undersigned counsel that she would be immediately seeking substitute counsel for the Plaintiff.

11. That undersigned counsel believes that his ethical duties prevents him from filing a dismissal and definitely prevents him from filing pleadings against the wishes of the client when the client may have a viable claim.

12. That undersigned counsel does believe that he is unable to zealously represent his client and proceed ethically in this matter based on a lack of communication with the client and based on prior communication sot undersigned counsel regarding the facts in this matter.

12. That undersigned counsel has attached a copy of a letter forwarded to the Plaintiff.

13. That undersigned counsel will be forwarding a copy a motion to the court to withdraw his appearance.

14. That undersigned counsel is filing the Motion herein for the purpose of providing the Plaintiff time to find substitute counsel and time to file an answer to the Motion filed by the Defendants.

WHEREFORE, Plaintiff, through undersigned counsel, seeks the following relief:

A. Grant an extension of time through September 15, 2003 for the filing of a response to the Defendants' Motion.

B. Grant such other and further relief as Plaintiff's cause deems appropriate.

Respectfully submitted,

_____/S/_____
James L. Rhodes
10 N. Calvert Street
Suite 722
Baltimore, MD 21202
(410) 783-7344

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion was sent to the following, by mail, postage pre-paid, on this 12th day of August, 2003:

John F. Breads, Jr, Esquire, and Christine T. Altemus, Esquire, 7172 Columbia Gateway Drive, Suite E, Columbia, MD 21046.

_____/S/_____
James L. Rhodes