# LAW OFFICE OF JAMES L. RHODES, P.A.

10 North Calvert Street
Suite 722
Baltimore, MD 21202
Offc: (410) 783-7344
Fax: (410) 783-7342

August 11, 2003

Lamont Demby
6330 Broadneck Road
Chestertown, MD 21620

RE:   Your case in Federal Court

Dear Mr. Demby:

 Over the past few days, I have attempted to contact you by phone on numerous occasions. You have failed to return any of my calls. I have spoke with your mom and I even left my cell phone number so that you could contact me in the evening hours, yet you still refuse to communicate with me.

 I am sure that your mother has relayed to you that we have received the videotape of the incident and that there is a pending motion to dismiss your case. I have some concerns that I need to discuss with you. Since you have refused to return my calls, I feel that my only choice is to file a motion withdrawing my appearance from your case.

 Please be advised that you should retain substitute counsel in your case or at least file an answer to the motion that the Defendants have filed. I am enclosing a copy of that motion and hope that you will act swiftly yo address this matter. If you fail to act, a Judge could dismiss your case and prevent you from ever filing these claims again.

 Should you have any further questions or concerns, please feel free to contact me at your convenience.

Sincerely,

James L. Rhodes,

JLR/dz