IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAMONT DEMBY<br>6330 Broadneck Road<br>Chestertown, MD 21620 | *<br><br>* |
| Plaintiff | * |
| vs. | * CIVIL ACTION: CCB-03-385 |
| **CHESTERTOWN, MARYLAND**, et al.<br>**Serve on:     Suzanne Hayman**<br>**            123 Court Street**<br>**            Chestertown, MD 21620** | *<br><br>*<br><br>* |
| Defendants | * |

## MOTION TO WITHDRAW APPEARANCE

Now comes undersigned counsel and moves this Honorable Court to withdraw his appearance from the above captioned matter. As grounds for said request, undersigned counsel states the following:

1. That on or about August 12, 2003, undersigned counsel filed a motion for extension of time to respond to Defendant's Motion to Dismiss and made note of the fact that undersigned counsel would be filing the motion herein.

2. That the basis of the motion was laid out in the Motion to Dismiss.

3. That undersigned counsel, after reviewing a videotape, provided by defense counsel, and based on a lack of cooperation from the Plaintiff, believes that undersigned counsel cannot successfully proceed with the above captioned matter.

4. That undersigned counsel wrote to the Plaintiff and advised the Plaintiff of undersigned counsel's intentions in addition to sending a copy of the Motion for Extension of time and undersigned counsel has steadily received no communication from the Plaintiff.

5. That undersigned counsel believes that he cannot ethically dismiss this matter without the consent of the Plaintiff and is therefore filing for the requested action herein. WHEREFORE, undersigned counsel respectfully requests that the appearance of James L. Rhodes be withdrawn from the above captioned matter.

Respectfully submitted,

/S/
James L. Rhodes
10 N. Calvert Street
Suite 722
Baltimore, MD 21202
(410) 783-7344

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was sent to the following, by mail, postage pre-paid, on this 27th day of August, 2003:

John F. Breads, Jr, Esquire, and Christine T. Altemus, Esquire, 7172 Columbia Gateway Drive, Suite E, Columbia, MD 21046, Lamont Demby, 6330 Broadneck Road, Chestertown, MD 21620.

/S/
James L. Rhodes